**FILED**

**JANUARY 13, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 290**

| | |
|---|---|
| In the Matter of | Case Number: |
| James Powell, et al. | |
| v. | **JUDGE NORGLE** |
| D. Wetzel, et al. | **MAGISTRATE JUDGE MASON** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs Shatonya Smith and James Powell

| |
|---|
| NAME (Type or print) <br> James M. Baranyk |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/  James M. Baranyk |
| FIRM <br> A LAW OFFICE OF CHRISTOPHER SMITH |
| STREET ADDRESS <br> 119 N. PEORIA STREET, SUITE 3A |
| CITY/STATE/ZIP <br> CHICAGO, IL 60607 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6292337 | TELEPHONE NUMBER <br> 312.432.0400 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐