**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
JANUARY 13, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 290

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| James Powell, et al. | |
| v. | **JUDGE NORGLE** |
| D. Wetzel, et al. | **MAGISTRATE JUDGE MASON** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs Shatonya Smith and James Powell

| NAME (Type or print) |
|---|
| JARED S. KOSOGLAD |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Jared S. Kosoglad |

| FIRM |
|---|
| A LAW OFFICE OF CHRISTOPHER SMITH |

| STREET ADDRESS |
|---|
| 119 N. PEORIA STREET, SUITE 3A |

| CITY/STATE/ZIP |
|---|
| CHICAGO, IL 60607 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6286633 | 312.432.0400 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |