**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| James Powell and Shatonya Smith, | ) | |
| | ) | |
| Plaintiffs, | ) | No.  08 C 290 |
| | ) | |
| v. | ) | |
| | ) | |
| Chicago Police Officers D. Wetzel, | ) | Judge Norgle |
| D. Mullany, K. Mulcahy, K. Foster, D. Wu, | ) | |
| P. Sodini, the City of Chicago and | ) | Magistrate Judge Mason |
| Unknown Chicago Police Officers | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS'**
**MOTION FOR EXTENSION OF TIME TO ANSWER**
**OR OTHERWISE PLEAD TO PLAINTIFFS' COMPLAINT**

Defendants, David Wetzel, David Mullany, Kevin Mulcahy, Kevin Foster, and Peter

Sodini, by one of their attorneys, Margaret A. Carey, Senior Counsel for the City of Chicago,

move this Honorable Court pursuant Fed. R. Civ. P. 6 (b)(1), for an extension of time to answer

or otherwise plead to Plaintiffs' Complaint.  In support of this motion, Defendants state as

follows:

1.      January 13, 2008, Plaintiffs filed their  complaint which names David Wetzel,

David Mullany, Kevin Mulcahy, Kevin Foster, David Wu[1] and Peter Sodini, the City of Chicago

and Unknown Chicago Police Officers as Defendants.

2.      Defendants Wetzel, Mullany, Mulcahy, Foster, and Sodini have now all been

served.

---

[1] As of the filing of this motion, no summons and complaint has been received at the
Office of Legal Affairs for David Wu.  To date David Wu has not been served.

3.      Counsel for the Defendants requires additional time in which to obtain the relevant documents and properly respond to Plaintiffs' Complaint.

4.      This extension is not intended to delay and will not prejudice any of the parties.

Wherefore, Defendants Wetzel, Mullany, Mulcahy, Foster, and Sodini respectfully request an extension of time to April 15, 2008, to answer or otherwise plead to Plaintiffs' Complaint.

Respectfully submitted,

\s\ Margaret A. Carey
MARGARET A. CAREY
Senior Counsel

30 N. LaSalle St., Suite 1400
Chicago, Illinois 60602
(312) 744-6073
Attorney No.: 06206693

## CERTIFICATE OF SERVICE

_____I hereby certify that I have caused true and correct copies of the above and foregoing **Notice of Motion** and **Defendants' Motion for Extension of Time to Answer or Otherwise Plead to Plaintiffs' Complaint**, to be delivered via electronic filing to all counsel of record on this 13th day of March, 2008.


\s\ Margaret A. Carey
MARGARET A. CAREY