**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| James Powell and Shatonya Smith, | ) | |
| | ) | |
| Plaintiffs, | ) | No.  08 C 290 |
| | ) | |
| v. | ) | |
| | ) | |
| Chicago Police Officers D. Wetzel, | ) | Judge Norgle |
| D. Mullany, K. Mulcahy, K. Foster, D. Wu, | ) | |
| P. Sodini, the City of Chicago and | ) | Magistrate Judge Mason |
| Unknown Chicago Police Officers | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:    James Baranyk
       119 N. Peoria, Suite 3A
       Chicago, IL 60607

       **PLEASE TAKE NOTICE** that I have this day of  filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendants' Motion for Extension of Time to Answer Plaintiffs' Complaint**, a copy of which is attached hereto and herewith served upon you.

       **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Norgle, or before such other Judge sitting in his place or stead, on the 21st day of March, 2008 at 10:30 a.m., or as soon thereafter as counsel may be heard and then and there present the attached motion.

       **DATED** at Chicago, Illinois this 13th day of March, 2008.


                                    By:    \s\ Margaret A. Carey
30 N. LaSalle St., Suite 1400              MARGARET A. CAREY
Chicago, Illinois 60602                    Senior Counsel
(312) 744-6073
Attorney No.: 06206693