UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

James Powell, et al.
                    Plaintiff,

v.                                         Case No.: 1:08−cv−00290
                                           Honorable Charles R. Norgle Sr.

D Wetzel, et al.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 20, 2008:

    MINUTE entry before Judge Honorable Charles R. Norgle, Sr: Defendants' Motion for Extension of Time to Answer or Otherwise Plead to Plaintiffs' Complaint [8] is granted. Defendants Wetzel, Mullany, Mulcahy, Foster, and Sodini's time to answer or otherwise plead to Plaintiffs' Complaint is extended to and including April 15, 2008. Telephoned/mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.