**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                          Case Number:   08 C 0290

JAMES POWELL, et al, Plaintiffs,

v.

CHICAGO POLICE OFFICER D. WETZEL, Star No. 8206, et al, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant City of Chicago

| | |
|---|---|
| NAME (Type or print) <br> Meera Werth | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/*Meera Werth* | |
| FIRM <br> City of Chicago Department of Law | |
| STREET ADDRESS <br> 30 North LaSalle Street, Room 1020 | |
| CITY/STATE/ZIP <br> Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06187233 | TELEPHONE NUMBER <br> (312) 742-7035 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES X   NO | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES X   NO | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES X   NO | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |