IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES POWELL and SHATONYA SMITH, | ) ) ) | |
| | ) | No. 08 C 290 |
| Plaintiffs, | ) | |
| v. | ) ) | |
| CHICAGO POLICE OFFICERS D. WETZEL, Star #8206, D. MULLANY, Star #10886, K. MULCAHY, Star No. 19640, K. FOSTER, Star #11780, D. WU, Star #1238, P. SODINI, Star #1665, the CITY OF CHICAGO, and UNKNOWN CHICAGO POLICE OFFICERS, | ) ) ) ) ) ) ) ) | Judge Norgle<br><br>Magistrate Judge Mason |
| Defendants. | ) ) | |

**NOTICE OF UNOPPOSED MOTION AND CERTIFICATE OF SERVICE**

TO:     Christopher Smith                    Margaret Carey
       James Baranyk                        Joel Sandoval
       Jared Kosoglad                       City of Chicago Department of Law
       Law Office of Christopher R. Smith   30 N. LaSalle Street, Unit 1400
       119, Peoria Street, Unit 3A          Chicago, IL 60602
       Chicago, IL 60607

    Please take notice that on April 1, 2008, I electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendant City of Chicago's Unopposed Motion For An Extension Of Time To Answer Or Otherwise Plead,** a copy of which was thereby served upon you.

    Please take further notice that I will appear before the Honorable Judge Norgle or such other Judge or Magistrate Judge sitting in his stead, on April 4, 2008 at 10:30 a.m., or as soon thereafter as counsel may be heard and then and there present the above-mentioned motion.

      I certify that I caused to be served a true copy of this notice and **Defendant City of Chicago's Unopposed Motion For An Extension Of Time To Answer Or Otherwise Plead** on all attorneys of record, as identified above, through the United States District Court for the Northern District of Illinois, Eastern Division's electronic case filing system, on April 1, 2008.

                                                Respectfully submitted,

| | |
|---|---|
| City of Chicago, Department of Law | */s/ Bhairav Radia* |
| 30 N. LaSalle Street, Suite 1020 | Bhairav Radia |
| Chicago, IL 60602 | Assistant Corporation Counsel |
| (312) 744-6919 | |