IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES POWELL and SHATONYA SMITH, | ) ) ) | |
| Plaintiffs, | ) ) | No. 08 C 290 |
| v. | ) ) | |
| CHICAGO POLICE OFFICERS D. WETZEL, Star #8206, D. MULLANY, Star #10886, K. MULCAHY, Star No. 19640, K. FOSTER, Star #11780, D. WU, Star #1238, P. SODINI, Star #1665, the CITY OF CHICAGO, and UNKNOWN CHICAGO POLICE OFFICERS, | ) ) ) ) ) ) ) ) | Judge Norgle<br><br>Magistrate Judge Mason |
| Defendants. | ) ) | |

**AGREED MOTION TO WITHDRAW APPEARANCE
OF COUNCIL FOR DEFENDANT CITY OF CHICAGO**

Individual Defendants and Defendant City of Chicago, by and through one of their attorneys, Joel G. Sandoval, Assistant Corporation Counsel, respectfully request this Court to allow Joel G. Sandoval to withdraw his appearance of counsel for the Defendant City of Chicago. In support thereof, Defendants state as follows:

1. The undersigned, Assistant Corporation Counsel, Joel G. Sandoval, filed his Appearance for Individual Defendants D. Mullany, D. Wetzel, K. Foster, P. Sodini, D. Wu, and Defendant City of Chicago on March 31, 2008.

2. Later On March 31, 2008, Assistant Corporation Counsel, Bhairav Radia, filed an Appearance on behalf of Defendant City of Chicago.

3. On April 1, 2008, Assistant Corporation Counsel, Meera Werth, filed an Appearance on behalf of Defendant City of Chicago.

4.  Assistant Corporation Counsel Bhairav Radia and Meera Werth have agreed to this motion.

5.  Plaintiff's counsel has agreed to this motion.

6.  This motion is not intended to cause delay to this proceeding or prejudice any party, nor is it expected to do so.

7.  The undersigned, Assistant Corporation Counsel, Joel G. Sandoval, will continue as counsel for Individual Defendant Officers D. Mullany, D. Wetzel, K. Foster, P. Sodini, D. Wu.

Respectfully Submitted,

/s/   Joel G. Sandoval
Joel G. Sandoval
Assistant Corporation Counsel

City of Chicago Department of Law
30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
312.742.5146
Attorney No.: 06290664