IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES POWELL and SHATONYA SMITH, | ) ) ) | |
| | ) | No. 08 C 290 |
| Plaintiffs, | ) | |
| v. | ) ) | |
| CHICAGO POLICE OFFICERS D. WETZEL, Star #8206, D. MULLANY, Star #10886, K. MULCAHY, Star No. 19640, K. FOSTER, Star #11780, D. WU, Star #1238, P. SODINI, Star #1665, the CITY OF CHICAGO, and UNKNOWN CHICAGO POLICE OFFICERS, | ) ) ) ) ) ) ) ) | Judge Norgle

Magistrate Judge Mason |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   Christopher R. Smith
      Law Office of Christopher R. Smith
      119 North Peoria, Suite 3A
      Chicago, Illinois 60607

**PLEASE TAKE NOTICE** that on Friday April 11, 2008, at 10:30am, or as soon thereafter as counsel may be heard, before the Honorable Charles R. Norgle, or whomever shall be sitting in his stead, in Room 2341 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, I will then and there present the attached *AGREED MOTION TO WITHDRAW APPEARANCE OF COUNCIL FOR DEFENDANT CITY OF CHICAGO.*

                                                    Respectfully submitted,

                                                     /s/  **JOEL G. SANDOVAL**
                                                    JOEL G. SANDOVAL
                                                    Assistant Corporation Counsel

30 N. LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS  60602
(312)742-5146
ATTORNEY NO. 06290664