IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES POWELL and SHATONYA SMITH, | ) ) ) | |
| Plaintiffs, | ) ) | No. 08 C 290 |
| v. | ) ) | |
| CHICAGO POLICE OFFICERS D. WETZEL, Star #8206, D. MULLANY, Star #10886, K. MULCAHY, Star No. 19640, K. FOSTER, Star #11780, D. WU, Star #1238, P. SODINI, Star #1665, the CITY OF CHICAGO, and UNKNOWN CHICAGO POLICE OFFICERS, | ) ) ) ) ) ) ) ) | Judge Norgle

Magistrate Judge Mason |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I, Joel G. Sandoval, hereby certify that I have caused a true and correct copy of the above and foregoing **NOTICE OF MOTION** and **AGREED MOTION TO WITHDRAW APPEARANCE OF COUNCIL FOR DEFENDANT CITY OF CHICAGO** to be sent via e-filing to the persons named in the foregoing Notice, "Filing Users" pursuant to Case Management/Electronic Case Files, on April 7th , 2008, in accordance with the rules on electronic filing of documents.

/s/ **JOEL G. SANDOVAL**
JOEL G. SANDOVAL
Assistant Corporation Counsel

30 N. LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS  60602
(312)742-5146
ATTORNEY NO. 06290664