# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 290 | **DATE** | 4/7/2008 |
| **CASE TITLE** | Powell, et al. vs. Chicago Police Officers, et al. | | |

**DOCKET ENTRY TEXT**

Agreed Motion to Withdraw Appearance [17] is granted.

*Charles Norgle* (signature)

Docketing to mail notices.

| | Courtroom Deputy Initials: | |
|---|---|---|