

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

MAY **1 9** 2008

JUDGE CHARLES R. NORGLE
U.S. District Court Judge

JAMES POWELL and SHATONYA SMITH,    )
                                        )
      Plaintiff,    )
                                          )
      vs.    )
                                          )
CHICAGO POLICE OFFICERS D. WETZEL,    )
Star #8206, D. MULLANY, Star #10886, K.    )
MULCAHY, Star #19640, K. FOSTER, Star    )
#11780, D. WU, Star #1238, P. SODINI, Star    )
#1665, the CITY OF CHICAGO, and    )
UNKNOWN CHICAGO POLICE OFFICERS    )
                                          )
      Defendants.    )

No. 08 C 290

Judge Norgle

Magistrate Judge Mason

## STIPULATION TO DISMISS

    IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their

respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement

Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with

each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and

Settlement Agreement and the Agreed Order of Dismissal.

_James Baranyk_
James M. Baranyk
James Powell and Shatonya Smith
Law Office of Christopher R. Smith
119 N. Peoria St., Suite 3A
Chicago, Illinois 60607
(312) 432-0400
Attorney No. 6292337
Date: 5/14/08

_Margaret A. Carey_
Margaret A. Carey
Senior Counsel
Attorney for defendants,
David Wetzel, David Mullany, Kevin Mulcahy, Kevin
Foster, David Wu, Peter Sodini
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-6073
Attorney No. 06206693
Date: 5/19/08
08 C 290

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _David Seery / mac_
David Seery
Chief Assistant Corporation Counsel
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-5738
Attorney No. 6190904
Date: 5/19/08