Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 290 | **DATE** | 6/4/2008 |
| **CASE TITLE** | JAMES POWELL and SHOTONYA SMITH vs. CHICAGO POLICE OFFICERS D. WETZEL, et al. | | |

**DOCKET ENTRY TEXT**

Case dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Docketing to mail notices.

| | Courtroom Deputy Initials: | EF |
|---|---|---|