IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES POWELL and SHATONYA SMITH, )<br>    Plaintiff, )<br> )<br>vs. )<br> )<br>CHICAGO POLICE OFFICERS D. WETZEL, Star )<br>#8206, D. MULLANY, Star #10886, K. )<br>MULCAHY, Star # 19640, K. FOSTER, Star )<br>#11780, D. WU, Star #1238, P. SODINI, Star )<br># 1665, CITY OF CHICAGO, and UNKNOWN )<br>CHICAGO POLICE OFFICERS )<br>    Defendants. ) | No. 08 C 290<br><br>Judge Norgle<br><br>Magistrate Judge Mason |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiffs, James Powell and Shatonya Smith, by one of their attorneys, James M. Baranyk, and defendants, David Wetzel, David Mullany, Kevin Mulcahy, Kevin Foster, David Wu and Peter Sodini, by their attorney Margaret A. Carey, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiffs, James Powell and Shatonya Smith, against defendants, City of Chicago, David Wetzel, David Mullany, Kevin Mulcahy, Kevin Foster, David Wu and Peter Sodini, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

Margaret A. Carey, Senior Counsel
30 N. LaSalle St., Suite 1400
Chicago, IL 60602
(312)744-6073; Attorney No. 06206693

ENTER: *Charles Norgle* (signature)
The Honorable Charles R. Norgle
United States District Judge

DATED: 6/4/2008